**Howard Armstrong, appellant, v. E. H. Sheppley and G. W. Sheppley, trading as Sheppley Brothers Realty Company, appellees. Gen. No. 28,871.**

Suit for possession of mortgage bond, deposited as security for rent payable by third party. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and judgment for plaintiff here. Opinion filed April 14, 1924.

G. A. Buresh, for appellant. Decker & Golden, for appellees; Alvin E. Stein, of counsel.

Mr. Justice McSurely delivered the opinion of the court.